# Sales & Purchase Contract

**Contract No.: WST-TSSCI-20240506A**

**Buyer (hereinafter referred to as Party A): Beijing Weishitong Aviation Technology Co., Ltd.**

**Seller (hereinafter referred to as Party B): TSSCI of 2255 Glades Road, Suite 150, Boca Raton, FL 33433, USA.**

According to the principles of voluntariness, fairness, equivalency, and good faith, the two parties have reached an agreement through full consultation on the purchase of products by Party A from Party B. To clarify the rights and obligations of both parties, this contract is hereby established for mutual compliance and performance.

**Article 1: Product detail: the part number/description, condition, quantity, and price of the Product purchased by Party A from Party B are shown in Table 1 below:**

| No. | PN/Description | QTY | UNIT | U/P (US$) | AMT (US$) |
|---|---|---|---|---|---|
| 1 | LEAP 1A EEC UNIT<br>Pn: 2500M34P08<br>Sn:TBD by OEM<br>COND.: NEW<br>LT: 21 Days | 1 | EA | 926, 839. 00 | 926, 839. 00 |
| | Total DAP Beijing Tianzhu Free Trade Zone Amount in USD (Not including VAT): | | | | |
| Note: Certificate:FAA 8130-3 or EASA FORM 1 or CAAM Cert and Original Manufacturer/OEM Certificate of Compliance (C of C) per CAAC | | | | | |

**Article 2: Total Contract Amount in US Dollars**

**NINE HUNDRED & TWENTY-SIX THOUSAND EIGHT HUNDRED & THIRTY-NINE UNITED STATES DOLLARS**

EXHIBIT
B

**Article 3: Payment Terms:**

Party A shall pay the 50% amount of Product as the advance payment to the Seller through T/T within 5 business days after the signature of this Contract. The Balance shall be paid within 5 business days prior to the delivery.

**Article 4: Delivery terms:**

Party B shall deliver the goods supplied under this contract to the location designated by Party A within 5 (FIVE) business days after receiving the balance payment from Party A. But not later than 21 (TWENTY ONE) days after receiving advance payment from Party A.

Location Address: **Beijing Tianzhu Free Trade Zone**

**Article 5: Packaging:**

Party B shall properly package the goods supplied to ensure the safe delivery of the goods to the destination.

**Article 6: Product inspection:**

After Party B delivers the goods to Party A, Party A shall conduct an accurate and comprehensive inspection and acceptance of the quality, specifications, performance, and quantity of the goods within 30 calendar days. If Party A does not raise any written objections within 30 calendar days, Party B shall be deemed to have passed the acceptance.

**Article 7: Time and method for Party A to raise objections:**

1. Within 10 business days from the date Party A receives the goods and issues a receipt, Party A may raise written objections regarding product quality issues. If Party A discovers that the product quality is problematic and cannot be used for the intended purpose, Party A has the right to request a return of goods from Party B, and Party B must refund the full payment to Party A within 5 business days of receiving Party A's return request. Party A may also request Party B to replace or repair the defective product or reduce the payable amount accordingly, and any additional costs incurred as a result will be borne by Party B.

2. After receiving written objections from Party A, Party B shall be responsible for handling the

matter within 10 business days. Failure to do so shall be deemed as accepting Party A's objections and proposed solutions.

**Article 8: Party B's liability for breach of contract:**

1.If the product variety, model, specifications, or quality delivered by Party B do not conform to the contractual agreement, Party B shall be responsible for replacing or repairing the product depending on the specific circumstances and shall bear the actual cost of repair, replacement, or return.

2.In the event of delayed delivery by Party B, Party B shall pay Party A a penalty of 0.03% of the payment for each day of delay from the date the delivery should have been made. If the delay exceeds 15 days, Party A has the right to terminate the contract or require Party B to continue to perform the contract upon requesting Party B to pay the liquidated damages. If Party A requests to terminate the contract, Party B must refund the full payment to Party A within 5 business days of receiving Party A's notice of termination.

**Article 9: Party A's liability for breach of contract:**

1.After the contract comes into effect, if Party A terminates the contract without reason or cancels delivery, the advance payment made by Party A will not be refunded by Party B.

2.Both parties confirm without objection the product model and technical specifications. If there is no problem with the product quality, Party A cannot return the goods.

**Article 10: Extension and handling:**

1.If Party A delays payment due to its own responsibility, Party B will not be responsible for delaying the delivery date.

2.If the delivery is delayed due to force majeure, Party B shall promptly negotiate with Party A on the guarantee of the product quality.

**Article 11: Force majeure clause:**

1.Force majeure refers to objective situations that cannot be foreseen, avoided, or overcome, such as floods, earthquakes, tsunamis, wars, and strikes.
2.In case this contract cannot be fulfilled due to force majeure, the party unable to fulfill the contract shall inform the other party in writing within 48 hours after the occurrence of the force majeure to

reduce the possible losses that may be caused to the other party. Within seven days after that, the party unable to fulfill the contract shall submit the proof of force majeure occurrence in writing to the other party.

**Article 12: Applicable law and dispute resolution:**

This Contract and related documents shall be governed by the laws of China. Any dispute, dispute or claim arising out of or in connection with this Contract, including the validity, validity, interpretation, performance, non-performance, or termination of the Contract, or any non-contractual obligation arising out of or in connection with this Contract, shall be submitted to Beijing Arbitration Commission («BAC»). Make a final award by its rules in force at the time of filing the notice of arbitration. The place of arbitration shall be Beijing. The arbitration proceedings shall be conducted in Chinese. The arbitral award is final and cannot be appealed.

**Article 13 Warranty and maintenance terms:**

From the date when Party A receives the goods, all hardware and its accessories shall enjoy the after-sales service terms provided by the manufacturer for warranty services as follows: NEW condition has a 12-month warranty.

**Article 14: Other matters:**

This contract shall take effect upon the signature and seal of both parties. This contract is in duplicate, with one copy held by Party A and the other by Party B.
Fax documents shall have the same legal effect.

【*Signature Follows*】

***Signature page***

Party A: Beijing Weishitong Aviation Technology Co., Ltd.

Registered Address: Room 2225, Building 2, No.2 Baolian Street, (Beijing Tianzhu Free Trade Zone) Shunyi District, Beijing, China

Legal representative or agent: ____________

Date: May 7, 2024

Party B: TSSCI

Registered Address: 2255 Glades Road, Suite 150; Boca Raton, Florida 33433, U.S.A.

Legal representative or agent: ____________

Date: May 7, 2024

---

Bank Details:

Party A:
Bank Detail :
ACCOUNT NAME: Beijing Weishitong Aviation Technology Co., Ltd
RMB ACCOUNT NUMBER: 333774258186
BANK NAME: BANK OF CHINA BEIJING BRANCH
BANK ADDRESS: NO.2 CHAO YANG MEN NEI DAJIE,DONGCHENG DISTRICT,BEIJING,CHINA
SWIFT CODE: BKCH CNBJ 110

Party B:
Bank Detail :
ACCOUNT NAME: TSSCI
ACCOUNT NUMBER: 444-2838946
ROUTING NUMBER: 031101266
SWIFT CODE: NRTHUS33
BANK NAME: TD BANK, N.A.
BANK ADDRESS: 1103 Brickell Avenue, Miami, Florida 33131 USA